UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 05 B 63194
  MONIQUE D BRIDGEFORTH
                                    CHAPTER 13

                                    JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-1689
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/25/05 and confirmed on 03/23/06.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 20102.06 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | 15325.85 | .00 | 15325.85 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12555.60 | .00 | 2587.23 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| KRAF EYE INSTITUTE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15325.85 | .00 | 12555.60 | .00 | 27881.45 |
| PRINCIPAL PAID | 15325.85 | .00 | 2587.23 | .00 | 17913.08 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 15325.85 | .00 | 2587.23 | .00 | 17913.08 |

The Debtor's attorney, PATRICK A MESZAROS                     , was allowed $   2700.00 and was paid $   1311.00  direct and $   1389.00  through the plan.

The Trustee received $    799.98 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/17/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```